UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47,<br><br>    *Plaintiff*,<br><br> v.<br><br>GMC HOLDING, LLC; CARLO CAREDDU; GIANPIERO CAREDDU; MARIA VITALE; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-04150-AS |

**[PROPOSED]
ORDER & JUDGMENT**

  **THIS MATTER** having been presented to the Court by plaintiff U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47 ("**Plaintiff**"), for an Order: (a) pursuant to Fed. R. Civ. P. 55(b)(1), entering default judgments as against Defendants GMC Holding, LLC ("**GMC**"); Carlo Careddu ("**C. Careddu**"); Gianpiero Careddu ("**G. Careddu**"); Maria Vitale ("**M. Vitale**" and collectively with GMC, C. Careddu, and G. Careddu, the "**Defaulted Defendants**")); And City of New York Department of Environmental Control ("**NY DOEC**", and collectively with GMC, C. Careddu, G. Careddu and M. Vitale, the "**Defendants**"), with respect to the First, Second, and Third Causes of Action of the Complaint;

(b) finding that the amount owing to Plaintiff from GMC under the terms of the loan documents at issue in this matter is $3,050,244.45, plus monthly pre-judgment interest from November 1, 2024 until judgment is entered at the default contract rate of 7.540%, plus the additional per diem rate of $304.26 for default interest and interest on protective advances from October 8, 2024 until the judgment is satisfied, plus costs (including attorney's fees and costs of $54,527.58), plus post-judgment interest until the judgment is satisfied; and (c) awarding Plaintiff such other and further relief as this Court may deem just, proper and equitable. Upon review of the Motion, and any opposition thereto, and for good cause shown, it is:

**ORDERED, ADJUDGED AND DECREED**, that the Motion is hereby granted in its entirety; and it is further

**ORDERED, ADJUDGED AND DECREED**, that, pursuant to Fed. R. Civ. P. 55(b)(1), default judgments are hereby granted in favor of Plaintiff as against Defaulted Defendants with respect to First, Second, and Third Causes of Action of the Complaint; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the amount owing to Plaintiff from Defaulted Defendants under the terms of the loan documents at issue in this matter is $3,050,244.45 as of October 7, 2024, and monthly pre-judgment interest from November 1, 2024 until judgment is entered at the default contract rate of 7.540%, and the additional per diem rate of $304.26 for default interest and interest on protective advances from October 8, 2024 until the judgment is satisfied, and attorney fees and costs of $54,527.58; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff shall serve a copy of this Order & Judgment upon the owner of equity of redemption, any person having an interest in the subject property, and any other party entitled to notice.

**SO ORDERED** this __4th__ day of __November__, 2024.

_____
ARUN SUBRAMANIAN
United States District Judge

- 3 -