UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. NATIONAL BANK ASSOCIATION,<br><br>                              Plaintiff,<br><br>         -against-<br><br>GMC HOLDING LCC; CARLO CAREDDU; GIANPIERO CAREDDU; MARIA VITALE; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; JOHN DOE #1 THROUGH JOHN DOE #2,<br><br>                              Defendants. | 24-cv-4150 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    At the default judgment hearing on November 4, 2024, plaintiff represented that the Court should not enter an order terminating this case until a foreclosure sale is effectuated. By December 3, 2024, plaintiff should file a letter explaining why this case should not be terminated, despite the Court's entry of final judgment at Dkt. 69.

    SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                               ARUN SUBRAMANIAN
                                               United States District Judge