UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. NATIONAL BANK ASSOCIATION,<br><br>                                  Plaintiff,<br><br>                  -against-<br><br>GMC HOLDING LCC; CARLO CAREDDU; GIANPIERO CAREDDU; MARIA VITALE; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; JOHN DOE #1 THROUGH JOHN DOE #2,<br><br>                                  Defendants. | 24-cv-4150 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties are hereby ORDERED to appear for a remote hearing on plaintiff's motion for final judgment of foreclosure and sale, Dkt. 76, on **Thursday, January 16, 2025**, at **11:00 AM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **620 805 610**, followed by the pound (#) sign.

      SO ORDERED.

Dated: December 20, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge