UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47,<br><br>              *Plaintiff*,<br><br>   v.<br><br>GMC HOLDING, LLC; CARLO CAREDDU; GIANPIERO CAREDDU; MARIA VITALE; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises,<br><br>              *Defendants*. | Civil Action No. 1:24-cv-04150-AS |

### ORDER CONFIRMING
### REPORT OF SALE AND CONFIRMATION OF SALE

**THIS MATTER** having been presented to the Court by *Motion to Confirm Report of Sale and Confirmation of Sale* (the "Motion") [ECF No.94], filed by plaintiff U.S. BANK NATIONAL ASSOCIATION as Trustee for the benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB47 (the "Plaintiff").

Upon review of the Motion and the *Final Judgment of Foreclosure and Sale* entered on January 16, 2025 (the "Foreclosure Judgment") [ECF No. 85]; a foreclosure sale of the Collateral having been conducted by the Receiver on April 17, 2025 (the "Foreclosure Sale"); the only and highest bid for the Collateral having been made by GMC Owner LLC at the Foreclosure Sale in

79171115v1

the aggregate amount of $1,000,000; the Receiver having declared GMC Owner LLC as the successful bidder; the Plaintiff having asserted that the Foreclosure Sale was duly and properly conducted in accordance with the Foreclosure Judgment, the Notice of Sale and the Notice of Postponement of Sale; and the Receiver having filed a Report of Sale (ECF No. 92), for good cause shown, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Motion is hereby **GRANTED** in its entirety; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Receiver's Report of Sale is hereby **CONFIRMED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Foreclosure Sale is hereby **CONFIRMED** pursuant to the Foreclosure Judgment, and is free and clear of any liens, claims, interests, and encumbrances, except as set forth in the Foreclosure Judgment; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the cost of publication of the *Notice of Sale* and *Notice of Postponement of Sale* in the amount of $3,651.45 is hereby **APPROVED** and shall be deducted from the bid amount; and it is further

**ORDERED, ADJUDGED AND DECREED**, that post-judgment interest in the amount of $71,196.44 (192 days x the per diem rate of $370.81, for the days between entry of the foreclosure judgment and the date of the Receiver's Report), with interest continuing to accrue at the rate of $370.81 per diem until the judgment is satisfied in full is hereby awarded and **APPROVED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Receiver's bill to serve as receiver and conduct the foreclosure sale in the amount of $25,863.89 is hereby **APPROVED**; and is further

79171115v1

**ORDERED, ADJUDGED AND DECREED**, that the highest bid for the Mortgaged Premises located at 378 and 380 East 139 Street, Bronx, NY 10022, as well as the personal property, in the amount of $1,000,000, as bid by GMC Owners LLC (the only and highest bidder), is hereby **APPROVED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff's request that the Court approve, as allowable costs associated with the sale: (i) tax payments in the amount of $4,616.56; and (ii) other post-judgment advances made by Plaintiff in the amount of $14,402.05 is hereby **APPROVED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that closing of title on the Mortgaged Property shall take place at the office of the Receiver or at such location as the Receiver shall determine within seventy-five (75) days after the Foreclosure Sale.

**SO ORDERED** this 29 day of May, 2025.

The Clerk of Court is respectfully directed to close this case.

~~PROPOSED~~

_____
**ARUN SUBRAMANIAN**
**UNITED STATES DISTRICT JUDGE**

79171115v1